

**Entered on Docket
April 29, 2011**

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

TIFFANY & BOSCO, P.A
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
glw@tblaw.com

Wells Fargo Bank, N.A.
09-77963

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-12832-mkn |
| Scott W. Littlefield and Regina L. Littlefield | MS Motion No. 55<br>Date: April 6, 2011<br>Time: 1:30 PM |
| | Chapter 13 |
| Debtors. | |

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtors will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 2 Monthly Payments(s) at $2,074.31 (February 1, 2011 – March 2011) | $4,148.62 |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $650.00 |
| Suspense Amount | ($27.48) |
| Total | $4,921.14 |

The total arrearage shall be paid in eight monthly installments. Payments one through seven (1-7) in the amount of $615.14 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the April 20, 2011 payment and continuing throughout and concluding on or before October 20, 2011. The eighth final payment in the amount of $615.16 shall be paid on or before November 20, 2011.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least fourteen business days' notice of the time, place and date of sale if the stay is vacated.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtors shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the April 1, 2011, payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 5183 Outline Avenue, Las Vegas, NV 89142, and legally described as follows:

    Lot Forty-Seven (47) in Block One (1) of TAPESTRY 2, as shown by Map thereof on file in Book 60 of Plats, page 70, in the office of the County Recorder of Clark County, Nevada.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon

any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may thereafter proceed with enforcing its Security interest in the subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete possession thereof.

Submitted by:

TIFFANY & BOSCO, P.A

By _____#10235_____
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Rick A. Yarnall                                                  Narrah F. Newark

By _Wyatt_ 4-13-11                                     By _____

Rick A. Yarnall                                                  Narrah F. Newark
Chapter 13 Trustee                                          Attorney for Debtors
701 Bridger Avenue #820                               201 LAS VEGAS BLVD., S., #350
Las Vegas, NV 89101                                     Las Vegas, NV 89101

                                                                     Nevada Bar No. 2767

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____ The court has waived the requirements set forth in LR 9021(b)(1).

____ No party appeared at the hearing or filed an objection to the motion.

__x__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

__X__ approved the form of this order        ____ disapproved the form of this order

____ waived the right to review the order and/or        ____ failed to respond to the document

____ appeared at the hearing, waived the right to review the order

____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

__X__ approved the form of this order        ____ disapproved the form of this order

____ waived the right to review the order and/or        ____ failed to respond to the document

____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor